No. 01–10661. THORNTON v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA. C. A. 11th Cir. Certiorari denied. ■

No. 01–10662. RAMOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10663. STRONG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10664. FRANCISCO ROMERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10666. ERNESTO CASTILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10667. BATTLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–10668. SPRUTH ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10669. IBRAHIM, AKA ANDERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–10670. GRANT v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–10673. SMEDLEY v. ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 01–10674. WYNN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10675. TYNDALE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10676. WILLIAMS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10677. CURTIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10678. PORTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.